# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR09-892-SVW | | Date | November 3, 2009 |
|---|---|---|---|---|

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

Interpreter

| Paul M. Cruz | Deborah Gackle | J. Lana Morton-Owens |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jacob Walter Mankins | X | | X | Firdaus F. Dordi, DFPD | X | X | |

**Proceedings:**   HEARING re DEFENDANT'S PSYCHIATRIC EVALUATION

Hearing held.  The matter is continued to November 9, 2009 at 11:00 a.m.  The Court orders the Acting United States Attorney to be present at the hearing.

| | : | 10 |
|---|---|---|
| Initials of Deputy Clerk | PMC | |

cc:  USPO
     USM
     PSLA