ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America,

FILED
CLERK, U.S. DISTRICT COURT
NOV - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Plaintiff(s)

CASE NUMBER: CR 09-892 SVW  FID # 7253659

~~09-1910M~~

v.

JAKE WALTER MANKINS
56945-112
DOB - ■■■■■■■

Defendant(s).

**WARRANT FOR ARREST**

(CR09-982)

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest JAKE WALTER MANKINS
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☑ Complaint ☐ Indictment
☐ Information ☐ Order of Court ☐ Violation Petition                      ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

On or about August 21, 2009, JAKE WALTER MANKINS did forcibly assault, intimidate and interfere with a federal officer as designated by Title 18, United States Code, Section 1114,

in violation of Title 18 United States Code, Section(s) 111(a)(1) and (a)(2)

| Terry Nafisi | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | 8-24-09 |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| | By F___ M. Ol__ |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

ARRESTED WITHIN THE C/CA
BY: USFS
ON: 08/25/2009
SIGNED:

| USFS | |
|---|---|
| DATE RECEIVED 08/25/2009 | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |